THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ARTHUR KASSIN, Appellant.

Argued January 6, 1944; decided February 24, 1944.

*Frank S. Hogan, District Attorney (Bernard L. Alderman* and *Stanley H. Fuld* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.